## In re ANTON/BAUER, INCORPORATED.

No. 02–1135.

United States Court of Appeals, Federal Circuit.

July 16, 2002.

Before NEWMAN, Circuit Judge, PLAGER, Senior Circuit Judge, and GAJARSA, Circuit Judge.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

## Martin Gardner REIFFIN, Plaintiff–Appellant,

v.

## MICROSOFT CORPORATION, Defendant–Appellee.

## Martin Gardner Reiffin, Plaintiff–Appellant,

v.

## Microsoft Corporation, Defendant–Appellee,

and

## Harold C. Wegner, Defendant–Appellee.

Nos. 01–1380, 01–1381.

United States Court of Appeals, Federal Circuit.

July 17, 2002.

Before NEWMAN, MICHEL, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36